UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT PANTORI, JR. )<br>)<br>) | DOCKET NO. 3:18CR 6 RJC<br><br>**BILL OF INDICTMENT**<br><br>Violation:<br><br>18 U.S.C. § 2252A(a)(1)<br>18 U.S.C. § 2252A(a)(5)(B)<br>18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between January 27, 2017 and January 30, 2017, in Mecklenburg County, within the Western District of North Carolina and elsewhere,

**ROBERT PANTORI, JR.**

knowingly transported and shipped, and aided and abetted the transportation and shipping of, any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(1) and §2.

**COUNT TWO**

On or about Feburary 28, 2017, in Mecklenburg County, within the Western District of North Carolina and elsewhere,

**ROBERT PANTORI, JR.**

knowingly possessed, and accessed with intent to view, any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that has been mailed, and shipped and transported using any means and facility of

interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## **NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of 18 U.S.C. § 2253. The following property is subject to forfeiture in accordance with Section 2253:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received as a result of the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause that the following property is subject to forfeiture on one or more the grounds set forth above:

a. A Sony Vaio laptop seized during the investigation

b. A Lexar 4 GB Micro SD card seized during the investigation;

  c. A SanDisk 128 GB Flash Drive seized during the investigation.

                 A TRUE BILL

                 _____
                 FOREPERSON

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____
CORTNEY RANDALL
ASSISTANT UNITED STATES ATTORNEY